In the transcript there are no exceptions reserved to the introduction of any testimo-

ny, and in the exceptions to the charge the only exception, other than the court erred in submitting the issues of murder and negligent homicide, is an exception contending that the court did not submit the issue of accidental homicide affirmatively. The above excerpt from the charge shows this ground not to be well taken.

[5] There were four special charges requested, the first two requesting peremptory instructions of not guilty. The court did not err in refusing to give such instructions. The other two special charges, in so far as they presented the law of the case, were fully covered by the court's main charge.

The judgment is affirmed.

---

WILSON v. STATE. (No. 3427.)

(Court of Criminal Appeals of Texas. Feb. 10, 1915.)

CRIMINAL LAW ☞1182—APPEAL—STATEMENT OF FACTS—NECESSITY.

Where there was no question which could be reviewed without a statement of facts, a conviction must be affirmed, where the record on appeal contains no such statement.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 3203–3214; Dec. Dig. ☞1182.]

Appeal from District Court, Uvalde County; R. H. Burney, Judge.

Mollie Wilson was convicted of murder in the second degree, and she appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of murder in the second degree, and the lowest punishment prescribed by law assessed.

This is a companion case to that of Chant v. State, 166 S. W. 513. There is no statement of facts. In the absence of this, no question is raised which can be reviewed.

The judgment is therefore affirmed.